PROB 12B
(7/93)

Report Date: January 10, 2007

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 11 2007

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender:  Robert George Neal              Case Number: 2:98CR00047-001

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle

Date of Original Sentence: 08/06/1998              Type of Supervision:  Supervised Release

Original Offense: Conspiracy to Possess With Intent      Date Supervision Commenced: 11/22/2006
to Distribute Cocaine Base, 21 U.S.C. § 846

Original Sentence:  Prison - 120 Months;           Date Supervision Expires: 11/21/2009
TSR - 36 Months

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

Robert George Neal, as a condition of supervision, shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed four tests per month, as directed by the probation officer, pursuant to 18 U.S.C. § 3583(d).

## CAUSE

Pursuant to Ninth Circuit case law, U.S. v Stephens, the above modification is being requested with the offender's consent.

Respectfully submitted,

by

Richard B. Law
U.S. Probation Officer
Date:  January 10, 2007

Prob 12B
**Re:  Neal, Robert George**
**January 10, 2007**
**Page 2**

## THE COURT ORDERS

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
JFVS [X]   The Modification of Conditions as Noted Above
[ ]   Other

_____
Signature of Judicial Officer

January 11, 2007
_____
Date